UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

CEMENT AND CONCRETE WORKERS DISTRICT
COUNCIL WELFARE FUND, PENSION FUND,
ANNUITY FUND, EDUCATION AND
TRAINING FUND AND OTHER FUNDS
and SILVANA BALDO,
in her fiduciary capacity
as Administrator of the Cement and
Concrete Workers District Council
Welfare Fund, Pension Fund and Annuity
Fund

and

BARRY KAPLAN, as President of the
CEMENT AND CONCRETE WORKERS DISTRICT
COUNCIL and in his fiduciary capacity
as a Trustee of the EDUCATION AND
TRAINING FUND

                    Plaintiffs,

      -against-

TRIPLE H CONCRETE CORP.

                    Defendant.

----------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 31 2006 ★

P.M. _____
TIME A.M. _____

Civil Action No.
CV-05-5478 (CBA)

DEFAULT JUDGMENT

       This action having been commenced by the filing of a summons and complaint on November 22, 2005 and copies of the summons and complaint having been served by Steven C. Avery on the defendant TRIPLE H CONCRETE CORP. by serving two true copies on Ms. Donna Christie of the Office of the Secretary of State at 41 State Street, Albany, NY 12231 on December 12, 2005. TRIPLE H

CONCRETE CORP. has failed to appear, answer or otherwise defend in this action within the time permitted by law,

NOW, on motion of Kaming & Kaming, attorneys for plaintiffs, by Joseph S. Kaming, it is

ORDERED, ADJUDGED AND DECREED that plaintiffs have judgment against defendant TRIPLE H CONCRETE CORP. in the liquidated amount of $87,549.22 as and for past benefit contributions for the period January 1, 2004 through September 20, 2005 with interest at 18% according to the collective bargaining agreement from October 1, 2005 to present amounting to $3,939.72 and liquidated damages according to the collective bargaining agreement as well as statutory provision in the amount of $3,939.72; the amount of $9,787.72 as and for dues and checkoffs deducted and owing for the period January 1, 2004 through September 20, 2005, with interest at 18% according to the collective bargaining agreement from October 1, 2005 to present in the amount of $440.45; plus costs and disbursements of this action in the amount of $340.00 plus attorneys' fees in the amount of $1,750.00, amounting in total to $107,746.83.

Dated: New York, New York
       2006

/s/ Hon. Carol B. Amon
_____, U.S.D.J.